UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:20CR187-PPS/JEM |
| ) | |
| JAMAAL WILLIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to defendant Jamaal Willis's request to enter a plea of guilty to Count 1 of the indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 30.] Following a hearing on the record on November 4, 2021 [DE 34], Judge Martin found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty. Judge Martin recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. The parties have waived any objection to Judge Martin's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Jamaal Willis's plea of guilty, to which both parties have waived

any objection, the Court hereby ADOPTS the findings and recommendation [DE 34] in their entirety.

Defendant Jamaal Willis is adjudged GUILTY of Count 1 of the indictment, a charge of possession with intent to distribute 500 grams or more of a mixture containing a detectible amount of cocaine, in violation of 21 U.S.C. §841(a)(1).

The sentencing hearing is set for February 22, 2022 at 8:30 a.m. Hammond/Central time.

SO ORDERED.

ENTERED: November 19, 2021.

/s/ Philip P. Simon
UNITED STATES DISTRICT JUDGE